# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ALEXANDER TORRES,<br><br>          Petitioner,<br><br>    v.<br><br>MIKE McDONALD,<br><br>          Respondent. | 1:09-cv-00969-LJO-DLB (HC)<br><br>ORDER DENYING PETITIONER'S REQUEST FOR JUDICIAL NOTICE<br><br>[Doc. 13] |

      Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

      On July 2, 2009, Petitioner filed a motion for judicial notice of the case of "Briceno v. Scribner (9th Cir. 2/23/09, 07-55665) 09 C.D.O.S. 2093; 2009 WL 426303." (Court Doc. 13, Motion, at 1.)   Petitioner is advised that the Court need not take judicial notice of case law.  If Petitioner would like the Court to consider a certain decision, it is sufficient to cite the decision in his traverse to Respondent's answer, if filed.  Petitioner is advised that the Court will consider any and all relevant case law when rendering a decision on the merits of the petition. Accordingly, Petitioner's motion for judicial notice is DENIED as unnecessary.

      IT IS SO ORDERED.

      Dated:   **August 19, 2009**                  **/s/ Dennis L. Beck**
                                                         UNITED STATES MAGISTRATE JUDGE